RON BENDER (State Bar No. 143364)
J.P. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:15-bk-13090-VK |
| SUNQUEST EXECUTIVE AIR CHARTER, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession, | **NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE** |
| | Hearing: |
| | Date: October 15, 2015 |
| | Time: 2:30 p.m. |
| | Place: Courtroom 301 |
| | 21041 Burbank Blvd. |
| | Woodland Hills, CA 91367 |

1

**PLEASE TAKE NOTICE** that on October 15, 2015, at 2:30 p.m., the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California (the "Court") will hold a hearing (the "Hearing") on an emergency basis to consider the *Debtor's Emergency Motion for Entry of an Order to Provide Adequate Assurance of Future Payment to Utility Companies Pursuant to Section 366(c) of the Bankruptcy Code* (the "Motion") [docket entry no. 22] filed by SunQuest Executive Air Charter, LLC (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case.

A copy of the Motion and this Notice has been served on all of the Debtor's creditors and AT&T, the only utility company subject to the Motion. Any party wishing to receive another copy of the Motion may do so by contacting proposed counsel to the Debtor, whose contact information appears in the top-left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion may be made orally at the hearing. A party's failure to respond to the Motion may be deemed by the Court to be consent to granting the relief requested in the Motion.

Dated: October 8, 2015

SUNQUEST EXECUTIVE AIR CHARTER, LLC

By:  */s/ John-Patrick M. Fritz*
RON BENDER
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER, YOO
 & BRILL L.L.P.
Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

*Served with a copy of:
- (1) the Entered Order Granting Application and Setting Hearing on Shortened Notice – Docket 25 and
- (2) Debtors Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code; Memorandum Of Points And Authorities; Declaration Of Ryan Frost In Support Thereof – Docket 22

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 8, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 8, 2015 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 8, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Attorney Service
The Honorable Victoria Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., #312
Woodland Hills, CA 91367

☒ Service information continued on attached page (service by overnight mail)

1 | Jason Klassi also spoke directly with AT&T's Bruce Ford in the Bankruptcy Department at 888 704-2265 on 10/8/2015 at 1 p.m.

2

3 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4 | October 8, 2015    Jason Klassi                                              /s/ Jason Klassi
*Date*                      *Printed Name*                                    *Signature*

**1:15-bk-13090-VK Notice will be electronically mailed to:**

Ron Bender on behalf of Debtor SunQuest Executive Air Charter LLC
rb@lnbyb.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

John-Patrick M Fritz on behalf of Debtor SunQuest Executive Air Charter LLC
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

| | | |
|---|---|---|
| Sunquest Executive Air Charter, LLC<br>Top 20/Secured/MML | Debtor<br>Sunquest Executive Air Charter LLC<br>7415 Hayvenhurst Place<br>Van Nuys, CA 91406-2822 | |
| Aerolease<br>3333 E. Spring St.<br>Long Beach, CA 90806 | Max Rubenstein<br>MaxQuest, Inc.<br>39 Appaloosa Ln.<br>Bell Canyon, CA 91307 | Aerlex Law Group<br>2800 28th St. Ste 200<br>Santa Monica, CA 90405 |
| Castle & Cooke Aviation<br>7415 Hayvenhurst Pl.<br>Van Nuys, CA 91406 | Luis Moreno<br>Moreno Aviation<br>5501 West 119th St.<br>Inglewood, CA 90304 | Mexican Dir Gral Civil Aeronautics<br>Ave. Xola esq con Eje Central S/N<br>Col. Narvarte, Del. Benito Juarez<br>Distrito Federal, CP 03020 |
| ICCS Mexico<br>Ave Sante-Fe 505 – 20th Floor<br>Col. Cruz Manca, Santa-Fe<br>C.P. 05349 Mexico City | AMS Structures<br>1119 Columbia St.<br>Redlands, CA 92374 | Prudential Overall Supply<br>5300 Gabbert Rd.<br>Moorpark, CA 93021 |
| Deepun Desai<br>Affordable Avionics, Inc.<br>7000 Merrill Ave. #18<br>Chino, CA 91710 | United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017-3560 | |
| <u>Equity Security Holder</u><br>Baltimore Clipper<br>27407 Pacific Coast Highway<br>Malibu, CA 90265 - | <u>Equity Security Holder</u><br>Mark Smith<br>1183 Lansbur Cir.<br>Westlake Village, CA 91361 | <u>Equity Security Holder</u><br>Jambro Inc.<br>7415 Hayvenhurst Pl.<br>Van Nuys, CA 91406 |
| <u>Utility</u><br>AT&T<br>Bankruptcy Department<br>P.O. Box 769<br>Arlington, TX 76004 | Giovanni Orantes (RSN)<br>The Orantes Law Firm, A Professional Cor<br>3435 wilshire blvd #2920<br>Los Angeles, CA 90010 | |
| Jason Klassi also spoke directly with AT&T's Bruce Ford in the Bankruptcy Department at 888 704-2265 on 10/8/2015 at 1 p.m. | | |